Youssef H. Hammoud (SBN: 321934)
L. Tegan Rodkey (SBN: 275830)
**PRICE LAW GROUP, APC**
6345 Balboa Blvd., Suite 247
Encino, CA 91316
T: (818) 600-5596
F: (818) 600-5496
E: youssef@pricelawgroup.com
E: tegan@pricelawgroup.com
*Attorneys for Plaintiff,*
*Ruby Candler*

# UNITED STATES DISTRICT COURT
# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CANDLER,<br><br>    Plaintiff,<br><br>v.<br><br>ATLANTICUS HOLDINGS CORPORATION; and THE BANK OF MISSOURI,<br><br>    Defendants. | Case No.: 2:21-cv-03589-MWF-AGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Ruby Candler and Defendants Atlanticus Holdings Corporation and The Bank of Missouri by and through undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice.

RESPECTFULLY SUBMITTED,

DATED: January 26, 2022　　　By: */s/ Youssef H. Hammoud*
　　　　　　　　　　　　　　　Youssef H. Hammoud (SBN: 321934)
　　　　　　　　　　　　　　　**PRICE LAW GROUP, APC**
　　　　　　　　　　　　　　　6345 Balboa Blvd., Suite 247
　　　　　　　　　　　　　　　Encino, CA 91316
　　　　　　　　　　　　　　　T: (818) 600-5596
　　　　　　　　　　　　　　　F: (818) 600-5496
　　　　　　　　　　　　　　　E: youssef@pricelawgroup.com
　　　　　　　　　　　　　　　*Attorneys for Plaintiff,*
　　　　　　　　　　　　　　　*Ruby Candler*

DATED: January 26, 2022　　　By: */s/ Carolee A. Hoover*
　　　　　　　　　　　　　　　Carolee A. Hoover (SBN: 282018)
　　　　　　　　　　　　　　　MCGUIREWOODS LLP
　　　　　　　　　　　　　　　Two Embarcadero Center Suite 1300
　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　T: (415) 844-9944
　　　　　　　　　　　　　　　F: (415) 844-9944
　　　　　　　　　　　　　　　E: choover@mcguirewoods.com
　　　　　　　　　　　　　　　*Attorneys for Defendants*
　　　　　　　　　　　　　　　*The Bank of Missouri and*
　　　　　　　　　　　　　　　*Atlanticus Holdings Corporation*

## SIGNATURE CERTIFICATION

Pursuant to L.R. 5-4.3.4(a)(2), I hereby certify that all other signatories listed, on whose behalf this filing is submitted, concur with the contents of this filing, and have authorized the filing.

DATED: January 26, 2022          **PRICE LAW GROUP, APC**

By: */s/ Youssef H. Hammoud*
Youssef H. Hammoud
*Attorneys for Plaintiff,*
*Ruby Candler*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

**PRICE LAW GROUP, APC**
*/s/ Roxanne Harris*