# UNITED STATES DISTRICT COURT
# IN THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY CANDLER,<br><br>        Plaintiff,<br><br>    v.<br><br>ATLANTICUS HOLDINGS CORPORATION; and THE BANK OF MISSOURI,<br><br>        Defendants. | Case No.: CV 21-3589-MWF (AGRx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 27, 2022

_____
MICHAEL W. FITZGERALD
United States District Judge